IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **ANGELA ROBBINS** | § § § | |
| **VS.** | § § | **No. 5:22cv105-RWS-JBB** |
| **COMMISSIONER OF SOCIAL SECURITY** | § § § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's "Motion for Nonsuit," which the Court considers a Motion for Voluntary Dismissal Without Prejudice (Docket No. 12). Plaintiff Angela Robbins ("Plaintiff") requests the Court dismiss this case without prejudice because she no longer desires to prosecute her suit against Defendant, Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed at the plaintiff's request by court order, on terms that the court considers proper. The Court, having reviewed the motion and noting no response has been filed in opposition to the motion, is of the opinion the motion should be granted. Accordingly, it is

**ORDERED** Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Docket No. 12) is **GRANTED**. It is further

**ORDERED** that Plaintiff's above-referenced case is **DISMISSED without prejudice**.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 26th day of July, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE